UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JACQUELINE BRANCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> KILOLO KIJAKAZI, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:22-CV-475–D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 18] , ADOPTS the conclusions in the M&R [D.E. 17] , DENIES plaintiff's motion for judgment on the pleadings [D.E. 11] , AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on October 3, 2023, and Copies To:**
Laura Beth Waller          (via CM/ECF electronic notification)
George C. Piemonte         (via CM/ECF electronic notification)
Samantha Zeiler            hvia CM/ECF electronic notification)
Wanda D. Mason             (via CM/ECF electronic notification)

DATE:                                PETER A. MOORE, JR., CLERK
October 3, 2023                      (By) /s/ Stephanie Mann
                                     Deputy Clerk